BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              ) | CR. S- 2:12-0188 GEB |
|           Plaintiff,         ) | |
|                              ) | STIPULATION AND [PROPOSED] ORDER |
|                              ) | CONTINUING STATUS CONFERENCE AND |
|      v.                      ) | EXCLUDING TIME |
|                              ) | |
| JUAN GABRIEL ALVAREZ et al., ) | |
|                              ) | |
|           Defendants.        ) | Hon. Garland E. Burrell, Jr. |

     The parties request that the status conference currently set for October 19, 2012, be continued to December 14, 2012, and stipulate that the time beginning October 19, 2012, and extending through December 14, 2012, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

///

1

1  The parties are in the process of discussing and negotiating
2 various pretrial dispositions.  Each defendant will need time to
3 consider any plea offer he or she may receive.  Additionally,
4 counsel for each defendant needs more time to review the
5 discovery in this case, discuss that discovery with their
6 respective clients, consider evidence that may affect the
7 disposition of this case, and discuss with their clients how to
8 proceed.  The parties stipulate and agree that the interests of
9 justice served by granting this continuance outweigh the best
10 interests of the public and the defendants in a speedy trial.
11 18 U.S.C. § 3161(h)(7)(A).

```
                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: October 17, 2012         By:/s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney


Dated: October 17, 2012         By:/s/ Thomas A. Johnson
                                    THOMAS A. JOHNSON
                                    Attorney for defendant
                                    Juan Gabriel Alvarez


Dated: October 17, 2012         By:/s/ Toni Hudgins Carbone
                                    TONI HUDGINS CARBONE
                                    Attorney for defendant
                                    Sychanh Chanthaboury
```

**<u>ORDER</u>**

The status conference in case number CR. S 2:12-0188 GEB currently set for October 19, 2012, is continued to December 14, 2012, and the time beginning October 19, 2012, and extending through December 14, 2012, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   October 18, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3