1 | HEATHER E. WILLIAMS, Bar #122664
  | Federal Defender
2 | DAVID PORTER, Bar #127024
  | Assistant Federal Defender
3 | Counsel Designated for Service
  | 801 I Street, 3rd Floor
4 | Sacramento, California 95814
  | Telephone: (916) 498-5700

Attorneys for Defendant
SYCHANH CHANTHABOURY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S 12-188 GEB |
| Plaintiff, | **STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| SYCHANH CHANTHABOURY, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | Judge: Honorable GARLAND E. BURRELL, JR. |

Defendant, SYCHANH CHANTHABOURY, by and through his attorney, Assistant Federal Defender David Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On January 10, 2014, this Court sentenced Mr. Chanthaboury to a term of 121 months imprisonment;

3. His total offense level was 29, his criminal history category was IV, the resulting guideline range was 121 to 151 months, and he received the low end of the applicable range;

4. The sentencing range applicable to Mr. Chanthaboury was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Chanthaboury's total offense level has been reduced from 29 to 28, his amended guideline range is 110 to 137 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Chanthaboury's term of imprisonment to a total term of 110 months,

Respectfully submitted,

| | |
|---|---|
| Dated:  January 16, 2015<br>BENJAMIN B. WAGNER<br>United States Attorney | Dated:   January 16, 2015<br>HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>SYCHANH CHANTHABOURY |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Chanthaboury is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 28, resulting in an amended guideline range of 110 to 137 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in January 2014 is reduced to a term of 110 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Chanthaboury shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  January 20, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge